MURPHY, Circuit Judge, and BRORBY, Senior Circuit Judge,
concurring in the result.
Viewing the evidence in the light most favorable to SECSYS, and drawing all rea *691 sonable inferences in its favor, Foster v. AlliedSignal, Inc., 293 F.3d 1187, 1192 (10th Cir.2002), the record in this case reveals the defendants-appellants did not intentionally discriminate against SEC-SYS. This fully resolves SECSYS’s “traditional” and “class of one” equal protection claims. Washington v. Davis, 426 U.S. 229, 240, 96 S.Ct. 2040, 48 L.Ed.2d 597 (1976); Village of Willowbrook v. Olech, 528 U.S. 562, 564, 120 S.Ct. 1073, 145 L.Ed.2d 1060 (2000). Accordingly, I concur in the result.